THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN RUSSELL WALKER, JR., an individual,<br><br>Defendant. | Case No. 2:26-cv-00309<br><br>**AMICA'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)**<br><br>NOTE ON MOTION CALENDAR: MARCH 10th, 2026 |

## I.   RELIEF REQUESTED

Amica Mutual Insurance Company ("Amica") respectfully requests that the Court enter an order granting voluntary dismissal of the above-captioned action without prejudice pursuant to FRCP 41(a)(1)(A).

## II.   STATEMENT OF FACTS

This matter was initiated by Amica. Defendants have not appeared, served an answer or a motion for summary judgement.

## III.   STATEMENT OF ISSUES

MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

Whether the Court should enter an order granting voluntary dismissal of this action without prejudice?

ANSWER: YES.

## IV. EVIDENCE RELIED UPON

A. The pleadings and records previously filed herein.

## V. ARGUMENT AND AUTHORITY

Under FRCP 41(a)(1)(A), a plaintiff may voluntarily dismiss its claim against another party. FRCP 41(a)(1)(A) specifically provides:

(a) VOLUNTARY DISMISSAL.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

Under the federal rules of civil procedures, a court does not have discretion to rule otherwise. As such, Amica may voluntarily dismiss its claims against all Defendants.

## VI. PROPOSED ORDER

A proposed order granting the requested relief is attached hereto.

## VII. CONCLUSION

Based on the above, the Court should enter an order granting Amica a voluntary dismissal without prejudice.

///

///

///

DATED this 17th day of February, 2026.

MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

**WATHEN | LEID | HALL | RIDER, P.C.**

By: */s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #: 25075

*/s/ Emma C. Philbrook*
Emma C. Philbrook, WSBA #60197
*Attorneys for Plaintiff*
222 Etruria Street
Seattle, WA 98109-1659
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@wlhr.legal | ephilbrook@wlhr.legal

MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – 3

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476